```
                   UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF WEST VIRGINIA
                            AT CHARLESTON
```

EDDIE D. MOORE,

    Plaintiff,

v.                                    Civil Action No. 2:19-cv-00404

ANDREW SAUL,
Commissioner of the Social
Security Administration,

    Defendant.


## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Cheryl A. Eifert, entered on November 12, 2019; and the magistrate judge having recommended that the court dismiss the plaintiff's complaint, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to serve the defendant timely; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that this case be, and it hereby is, dismissed without prejudice.

The Clerk is directed to forward copies of this memorandum opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

Enter: December 20, 2019

John T. Copenhaver, Jr.
Senior United States District Judge